The Howe's Cave Association, Appellant, *v.* Peter Houck, Respondent.

(Argued March 5, 1894; decided March 20, 1894.)

Appeal from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made September 13, 1892, which affirmed a judgment in favor of defendant entered upon a decision of the court on trial at Circuit without a jury.

*William C. Lamont* for appellant.

*G. M. Palmer* for respondent.

Agree to affirm on opinion below.*
All concur, except EARL, J., not voting.
Judgment affirmed.